Riches v. Imus                                                                                                          Doc. 1
Case 6:07-cv-00843-BB-RHS   Document 1   Filed 08/28/2007   Page 1 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Jonathan Lee Riches©,
Plaintiff

v.

Don Imus,
Defendant

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
07 AUG 28 PM 4:31
CLERK-ALBUQUERQUE

CIVIL NO: CIV-07-0843 BB RHS

CIVIL COMPLAINT
"HARASSMENT ON THE AIRWAVES"

This is a civil complaint action pursuant to violation of the Lanham act 15 USC 1125, violation of the copyright act 17 USC 101, extortion activity in violation of the Federal Racketeer Influenced and Corrupt Organizations Act (RICO) 18 USC 1961, violation of the Hobbs act 18 USC 1951, and sodomy of minors.

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves this Honorable Court to issue an order for Defendant named in this suit to respond. Plaintiff seeks statutory damages pursuant to 17 USC 504(c), and injunctive relief pursuant to 17 USC 502 and 503, prohibiting Don Imus from further infringing conduct and requiring him to destroy all copies of Jonathan Lee Riches© material made in violation of Plaintiff's exclusive rights. Plaintiff seeks $625,000,000.00 Million dollars in damages from stolen royalties. Plaintiff respectfully prays this Honorable Court for relief.

1

Plaintiff Jonathan Lee Riches©, copyrighted since 1994, is a Professional entertainer who specializes in Magic, Identity theft, computer hacking, Yoga, equestrian mule riding, coal mining, time travel, and Skeet shooting.

On November 5, 2002, Defendant Don Imus hired the services of Jonathan Lee Riches© for weekly performance shows at Defendant's Ranch in New Mexico. Defendant operates a Youth Boys and girls club for unprivileged inner city kids at his ranch. The services contract was for $3.5 million per year where Riches© was to reside at the ranch. Every evening at 6pm for 2 hrs on the South side lawn Riches© would perform a show for the Youth, the Ranches Staff and Imus himself. Defendant Imus would secretly record Plaintiff and Broadcast him without his consent on his CBS talk show and MSNBC in the morning.

On April 20, 2004, 6:45 am on MSNBC, Imus told the world he hired a clown named Jonathan Lee Riches© who could drink columbian coffee bare footed. Don Imus called the Plaintiff "A white nappy headed Ho-Mo", this phrase was repeated on every air wave, Internet blog, wikipedia.org, Newspaper and magazine. Plaintiff suffered humiliating, embarrassment and mental scarring. Don Imus fired Plaintiff on April 22, 2004. Imus gave some of the Youth Boys Hershey bars to physically escort Mr. Riches off Don Imus'es Ranch. Imus would not allow Riches to retrieve his personal belongings. Don Imus is still in possession of the Jonathan Lee Riches© Story volume 1 through 8, various unseen Jonathan Lee Riches© baby pictures, Jonathan Lee Riches© prank phone call tapes.

2

Plaintiff theorizes that Don Imus'es derogatory on air comments about Jonathan Lee Riches© was in retaliation of Riches exposing atrocities going on at Don Imus'es Ranch. On numerous occasions between November 7, 2002 and April 10, 2004, Don Imus dumped hispanic boys in the Pecos River. Don Imus is deceiving the public and IRS into believing he's helping troubled Youth from cities get a better life. That is far from the truth. Imus is involved with

forced Labor on minors. Imus serves nothing but dinner rolls to kids. He forces boys with Leukemia to pave asphalt. Little Timmy was put in the washer and dryer for punishment. MR. Imus also has secret ties with Wen Ho Lee who gave Imus instructions to make a dirty Bomb. These are many of the continued crimes committed on Don Imus Ranch, Under the whistle blowing act, I demand New Mexico children and Youth Services look into this

## Conclusion

Plaintiffs reputation, copyrighted material are being violated by Don Imus. Plaintiff moves this Honorable court to put a gag order on MR. Imus preventing him from distributing all Jonathan Lee Riches© material. Plaintiff respectfully prays this Honorable Court for relief.

Respectfully
Submitted

Jonathan Lee Riches©
U.C.C 1-308

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

RECEIVED
At Albuquerque NM

AUG 27 2007

MATTHEW J. BYKMAN
CLERK

FLORENCE SC
23 AUG 2007 PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
333 LOMAS BLVD N.W.
ALBUQUERQUE, NM 87102

87102+2272

