IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JONATHAN LEE RICHES,

      Plaintiff,

v.                                                                    No. CIV 07-843 BB/RHS

DON IMUS,

      Defendant.

## ORDER OF REFERENCE

**PURSUANT to the provisions of 28 U.S.C. § 636(b)(1)(B), this civil complaint is referred to Magistrate Judge Robert H. Scott to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Magistrate Judge shall submit his analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1)(C). Objections shall be filed within ten days of the date of entry of the proposed disposition.**

      **SO ORDERED this 20th of September, 2007.**

.

                                                                     **BRUCE D. BLACK**
                                                                     **United States District Judge**